**FILED**
**DEC 21 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIHAI ALEXANDRU ISVANCA<br>AND<br>EVELINE CISMARU<br>*Defendants.* | Case No. 17 MJ 953 (RMW) |

## AMENDED ORDER

The United States has moved to unseal the above-captioned complaint and warrant and related documents, including the application and affidavit in support thereof and all attachments thereto and other related materials (collectively, the "Arrest Warrant"), for limited purposes. Specifically, the United States has represented that Romanian officials arrested the defendants on the arrest warrant and criminal complaint issued by this Court. The Court finds that the United States has established good cause to unseal the Arrest Warrant for the limited purpose of the use of any such materials in connection with the extradition of the defendants from Romania, including by sharing them with foreign law enforcement officials involved in that process.

It is, therefore, this 21st day of December 2017, nunc pro tunc to December 19, 2017,

ORDERED that the motion is hereby GRANTED, and that the Arrest Warrant documents are UNSEALED FOR THE LIMITED PURPOSE of allowing the United States to share and to use any such materials in connection with the extradition of the defendants from Romania, including by sharing them with foreign law enforcement officials involved in that process.

The matter as a whole, including the Arrest Warrant, should remain SEALED and not appear on the Court's public docket.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

2

Copy to:

Jonathan P. Hooks and John Dominguez
Assistant United States Attorneys
United States Attorney's Office
555 4th Street NW, 4th Floor
Washington, D.C. 20530
(202) 252-7796 (Hooks)
(202) 252-7684 (Dominguez)
Jonathan.Hooks@usdoj.gov
John.Dominguez@usdoj.gov